

# THE THIRTEENTH COURT OF APPEALS

## 13-24-00070-CV

IN THE INTEREST OF T.M.B. AND I.B., CHILDREN

On Appeal from the
27th District Court of Lampasas County, Texas
Trial Court Cause No. 20677

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part, reversed and rendered in part and reversed and remanded in part. The Court orders the judgment of the trial court AFFIRMED IN PART, REVERSED and RENDERED IN PART, and REVERSED and REMANDED IN PART in accordance with its opinion. Costs of the appeal will be taxed against the party incurring the same.

We further order this decision certified below for observance.

April 10, 2025